Mr. Justice Thompson delivered the opinion of the court.

---

Chatham Elevator Company, appellee, v. Chicago & Alton Railroad Company, appellant.

Action to recover damages for negligence in transporting corn. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 19, 1918.

Graham & Graham, for appellant; Edward Barton and Charles R. Webber, of counsel. H. L. Child, for appellee; Wilson, Warren & Child, of counsel.

Mr. Justice Thompson delivered the opinion of the court.

---

Thelia Vilitis, appellee, v. Adam Hoff and J. D. Huber, appellants.

Action for trespass based on injuries received in resisting execution of a writ of replevin. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the October term, 1917. Reversed with finding of fact. Opinion filed April 19, 1918.

W. W. Shelley and J. T. Garretson, for appellants. John G. Friedmeyer, for appellee.

Mr. Justice Thompson delivered the opinion of the court.

---

In re estate of John Warner, deceased. Isabella R. Warner et al., appellants, v. Vespasian Warner, executor, appellee.

Order fixing fees of attorneys employed by executor. Appeal by heirs from the Circuit Court of De Witt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 19, 1918. *Certiorari* denied by Supreme Court (making opinion final).

Herrick & Herrick, Underwood & Smyser, Fred Ball and Leonard W. Ingham, for appellants; L. R. Herrick and Charles R. Young, of counsel. L. O. Williams and Frank K. Lemon, for appellee.

Mr. Justice Thompson delivered the opinion of the court.